1  CRAIG MUELLER & ASSOCIATES
   CRAIG A. MUELLER, ESQ.
2  Nevada Bar No. 4703
   808 S. Seventh Street
3  Las Vegas, NV 89101
   (702) 382-1200
4  Attorney for Defendant
5  LOVELL RICHARDSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVELL RICHARDSON,<br>Defendant. | Case No. 2:21-cr-00320-JCM-BNW<br><br>**WITHDRAWAL OF DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE** |

The undersigned defendant hereby request that CRAIG A. MUELLER, ESQ. withdraw his designation of retained counsel as he wishes for attorney Lucas J. Gaffney, Esq, to continue representing him on his criminal matter. This designation was filed in error.

DATED this 28th day of April 2022.

CRAIG MUELLER AND ASSOCIATES

By / S / *Lavell Richardson*　　　　By / S / *Craig Mueller*
**LAVELL RICHARDSON**　　　　　**CRAIG A. MUELLER, ESQ.**
Defendant　　　　　　　　　　　　Nevada Bar No. 4703
　　　　　　　　　　　　　　　　　808 S. Seventh Street
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　(702) 382-1200
　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**
**IT IS SO ORDERED**
**DATED:** 4:16 pm, May 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of **CRAIG MUELLER AND ASSOCIATES** and is a person of such age and discretion as to be competent to serve papers.

That on April 26, 2022, she served an electronic copy of the above and foregoing **WITHDRAWAL OF DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE** by electronic service (EFC) to the person named below:

United State Attorney
501 S. Las Vegas Boulevard Ste. 1100
Las Vegas, Nevada 89101

By // S //  Rosa Ramos
An employee of Craig Mueller & Associates